

**NUMBER 13-17-00457-CV**

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

CAROLINA FERNANDEZ,                                                      Appellant,

v.

ADELANTE HOLDINGS LTD.,                                                 Appellee.

### On appeal from the County Court at Law No. 5 of Hidalgo County, Texas.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Benavides, and Longoria
### Memorandum Opinion by Justice Rodriguez

Appellant, Carolina Fernandez, attempted to perfect an appeal from an order signed on August 1, 2017, in cause no. CL-17-2061-E. Upon review of the documents before the Court, it appeared that there was no final, appealable judgment dated August 1, 2017. On August 18, 2017, the Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P.

37.1, 42.3.  Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of the notice, the appeal would be dismissed for want of jurisdiction.  Appellant failed to respond to the Court's notice.

The trial court entered an "Order Rescinding and Setting Aside Previous Order" on August 1, 2017.  The order rescinded a prior order signed in error on July 27, 2017.  In terms of appellate jurisdiction, appellate courts only have jurisdiction to review final judgments and certain interlocutory orders identified by statute.  *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).

The Court, having considered the documents on file and appellant's failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction.  Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION.  *See* TEX. R. APP. P. 42.3(a),(c).

NELDA V. RODRIGUEZ
Justice

Delivered and filed the 2nd
day of November, 2017.

2